# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 23-3176 | September Term, 2024 |
| | 1:21-cr-00246-ABJ-2 |
| | Filed On: September 12, 2024 |

United States of America,

    Appellee

  v.

Edward Badalian,

    Appellant

    **BEFORE:**   Millett, Pillard, and Pan, Circuit Judges

### O R D E R

Upon consideration of the joint motion to govern further proceedings, it is

**ORDERED** that appellant's convictions under 18 U.S.C. § 1512(c)(2) and 18 U.S.C. § 371 be vacated and the case be remanded for further proceedings.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

### Per Curiam

            **FOR THE COURT:**
            Mark J. Langer, Clerk

      BY:   /s/
            Selena R. Gancasz
            Deputy Clerk